DAVID DALRYMPLE, appellant,

*v.*

SYLVESTER VAN SYCKEL, respondent.

*Mr. John T. Bird,* for appellant.

*Mr. Chester Van Syckel,* for respondent.

Emson *v.* Polhemus.　　　Parker *v.* Snyder.

PER CURIAM.

This decree unanimously affirmed, for reasons given by the vice-chancellor in the case below, *5 Stew. Eq. 233.*